# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795  www.gottlieblaw.net

August 20, 2024

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED IN PART**.  Defendant shall answer, move or otherwise respond to the complaint by **October 4, 2024**.  The application to adjourn in the initial pretrial conference is **DENIED**.  The Court does not ordinarily adjourn initial pretrial conferences pending a defendant's answer.

Dated: August 21, 2024
       New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Murphy v. Pirdie LLC*
      Case No.: 1:24-cv-05224-LGS

Dear Judge Schofield,

The undersigned represents James Murphy, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Pirdie LLC, ("Defendant"). In response to Your Honor's Order on July 12, 2024 (Dkt. 6) the undersigned respectfully requests Your Honor reschedule the Initial Conference scheduled for September 4$^h$ at 4:10 and grant an extension of time for the Defendant to respond to the Complaint. We have been diligently attempting to contact and to serve the Defendant. We have not yet had any response from the Defendant or any attorney representing the Defendant. In the interest of fairness, the undersigned respectfully requests Your Honor grant the Defendant an additional 45 days to respond to the Complaint and reschedule the Initial Conference after the time for the Defendant's response to same.

Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Dana L. Gottlieb, Esq.*
Dana L. Gottlieb, Esq.