# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795   www.gottlieblaw.net

August 27, 2024

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application **GRANTED**. The initial pretrial conference scheduled for September 4, 2024, is adjourned to **September 18, 2024**.
>
> If Plaintiff is in communication with Defendant, the parties shall file a joint letter and proposed case management plan by **September 11, 2024**. If Plaintiff is not in communication with the Defendants, no later than **September 11, 2024**, Plaintiff shall file a status letter (1) apprising the Court of the efforts to contact Defendant; (2) requesting further adjournment of the initial conference for up to 30 days; and (3) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.
>
> Dated: August 28, 2024
> New York, New York
>
> *LORNA G. SCHOFIELD*
> **UNITED STATES DISTRICT JUDGE**

Re:   *Murphy v. Pirdie LLC*
      Case No.: 1:24-cv-05224-LGS

Dear Judge Schofield,

  The undersigned represents James Murphy, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Pirdie LLC, ("Defendant"). In response to Your Honor's Order on August 22, 2024 (Dkt. 9) the undersigned respectfully requests Your Honor reconsider rescheduling the Initial Conference scheduled for September 4$^h$ at 4:10. We have been diligently and unsuccessfully attempting to contact the Defendant. I have not yet heard from the Defendant nor from an attorney representing Defendant. On August 16, 2024, I emailed Your Honor's Order (Dkt. 6) to the Defendant and emailed proof of same. Defendant was served yesterday, August 26, 2024, and proof of same was just filed via ECF (Dkt. 10). Therefore, I am unable to file a Joint Letter by tomorrow, August 28, 2024, pursuant to Your Honor's Order and respectfully request a thirty day adjournment of the Initial Conference.

  Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Dana L. Gottlieb, Esq.*
Dana L. Gottlieb, Esq.