UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JAMES MURPHY, on behalf of himself and all                 :
other persons similarly situated,                          :
                                      Plaintiffs,          :          24 Civ. 5224 (LGS)
                                                           :
                       -against-                           :                ORDER
                                                           :
PIRDIE LLC,                                                :
                                      Defendant.           :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Case Management Plan dated October 30, 2025, scheduled a premotion

conference for February 5, 2025, and directed the parties to file any premotion letters by two

weeks before the conference.  The order states, "If no pre-motion letter is timely filed, this

conference will be canceled, and the matter placed on the Court's trial-ready calendar."

    WHEREAS, on December 18, 2024, the parties filed a joint letter stating that they are

close to reaching a settlement agreement and would notify the Court as soon as it has been

finalized.

    WHEREAS, no party filed a premotion letter.  It is hereby

    **ORDERED** that the case management conference currently scheduled for February 5,

2025, is **CANCELLED**.  It is further

    **ORDERED** that, by **February 5, 2025**, the parties shall file a joint letter on the status of

settlement discussions.  If the parties have not yet reached an agreement in principle, this case

will be placed on the Court's trial-ready calendar.

Dated: January 31, 2025
       New York, New York

                                    LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE